JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD JEROME FISHER aka "La Ron," <br><br>           Petitioner, <br>     vs. <br> RICHARD IVES, Warden, <br><br>           Respondent. | Case No. CV 15-09596-DOC (DTB) <br><br> **J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: July 14, 2016

                                                                   /s/ David O. Carter
                                                               DAVID O. CARTER
                                                               UNITED STATES DISTRICT JUDGE